IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY LEWIS PINCHON, #199891, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:20-CV-892-WHA |
| | ) |
| CLIFF WALKER, et.al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the Judicial Notice and exhibit attached thereto filed by the plaintiff on December 21, 2020 (Doc. 5 & Doc. 5-1), it is

ORDERED that the Recommendation entered on December 16, 2020 is hereby WITHDRAWN.  It is further

ORDERED that the plaintiff is GRANTED an extension to and including January 11, 2021 to file the $350 filing fee in this case.

The Clerk is DIRECTED to provide a copy of this order to the inmate account clerk at the Loxley Community Based Facilty.

DONE this 22nd day of December, 2020.

/s/   Charles S. Coody
UNITED STATES MAGISTRATE JUDGE